

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00100-CV

IN RE JEFFREY K. BROOKS                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that it has no jurisdiction over the requested relief. Tex. Code Crim. Proc. Ann. art. 11.07, § 5 (Vernon Supp. 2010);[2] Tex. Gov't Code Ann. § 22.221 (Vernon 2004). Accordingly, relator's petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL: GARDNER, DAUPHINOT, and MEIER, JJ.

DELIVERED: March 31, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

[2]See In re McAfee, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (providing that applicant may seek 11.07 mandamus relief only from Court of Criminal Appeals).